B10 (Official Form 10) (04/10)                                                                                          BL8123010

| UNITED STATES BANKRUPTCY COURT -          EASTERN DISTRICT OF NORTH CAROLINA | PROOF OF CLAIM Chapter 13 |
|---|---|

| Name of Debtor:   JANE BULLOCK PARKER<br>AKA:        JANE B PARKER | Judge  J RICH LEONARD<br>Case Number: 09-09335-8-JRL |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | ☑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480<br><br>Telephone number:   610-644-7800 | Court Claim Number:____4____<br>(If known)<br><br><br>Filed on:_____12/31/09_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:          $     14,231.41<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| 2. BASIS FOR CLAIM: _____CREDIT CARD DEBT_____<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 3. Last four digits of account or other number by which creditor identifies debtor: _____************8211_____<br><br>   3a. Debtor may have scheduled account as: __Chase Bank USA, N.A.__<br>       (See instruction #3a on reverse side) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4). |
| 4. Secured Claim. (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe:<br><br>Value of Property: $_____ Annual Interest Rate _____ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $_____ Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).<br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgements, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date:12/14/10<br>       /s/ THOMAS A. LEE III<br>       Becket & Lee LLP, Attorneys/Agent for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.                     A0852Q5

Pet:10/26/09                                                                                                          CBO94612



# Exhibit A

CHASE ✪

## AFFIDAVIT OF SALE

STATE OF: FLORIDA

COUNTY OF: ORANGE

I am an officer of Chase Bankcard Services, Inc., an affiliate of Chase Bank USA, N.A. ("Chase"), and I am authorized by Chase to make this affidavit.

Based upon a review of Chase's records, which records are made at or near the time of the occurrences set forth therein by, or from information transmitted by, a person having knowledge of those matters, and kept in the ordinary course of Chase's business, **Mrs. Jane B. Parker** had a credit card account with Chase, account number ██████████8211. The account was sold and transferred to **eCast Settlement Corporation** on or about **12/09/2009.** At the time of the sale to **eCast Settlement Corporation,** the amount due on the account pursuant to the terms of the cardholder agreement between Chase and **Mrs. Jane B. Parker** was **$14,231.41.**

The records of Chase indicate that the last payment on the account was made on **01/11/2009.**

The records of Chase show no unaccredited payments or credits to the account or any disputes which were not resolved pursuant to Chase's procedures and after a reasonable investigation when the account was sold.

Chase has no further interest in said account for any purpose.

On behalf of Chase Bank USA, N.A

By: _____
Dustin Smurdon

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me this 10th day of December, 2010 by Dustin Smurdon, who is personally known to me.

_____

Notary Public

10/10 version



Notary Public State of Florida
Maria J Narvaez
My Commission EE017376
Expires 08/15/2014



Exhibit A

Statement for account number: ████████ 8211

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $11,703.88 | 02/16/09 | 50.00 | $234.00 |

**CHASE**

$ [            ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████ 8211000234000117038800000003

50116 BEX Z 02209 D
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

:5000160 28: ████████ 3 2 1 1 3"

*Coldwater Creek*

| Opening/Closing Date: | 12/23/08 - 01/22/09 |
| Payment Due Date: | 02/16/09 |
| Minimum Payment Due: | $234.00 |

**CUSTOMER SERVICE**
In U.S.          1-800-231-2558
Español        1-888-446-3303
TDD             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                    1-302-594-8200

**VISA ACCOUNT SUMMARY**     Account Number: ████████ 8211

| Previous Balance | $11,940.68 | Total Credit Line | $12,500 |
| Payment, Credits | -$350.00 | Available Credit | $796 |
| Finance Charges | +$113.20 | Cash Access Line | $12,500 |
| New Balance | $11,703.88 | Available for Cash | $796 |

**ACCOUNT INQUIRIES**
P.O. Box 15296
Wilmington, DE 19850-5296

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/creditcards

**COLDWATER CREEK PREFERRED REWARDS SUMMARY**

| Previous Points Balance | 1,626 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 1,626 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift
coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points
for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets;
call 800-787-9196 for one near you. For catalog orders, call 800-262-0040; online,
visit coldwatercreek.com. Plus, earn 1 point per dollar for all other purchases on
your card.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 01/11 | 1011011020000194770930 | Payment Thank You Electronic Chk | $350.00 | |

**FINANCE CHARGES**

| Category | Daily Periodic Rate $1 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03079% | 11.24% | $11,660.19 | $113.20 | $0.00 | $0.00 | $113.20 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Promotional summary | .00819% | 2.99% | $0.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $113.20 |

Effective Annual Percentage Rate (APR):     11.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Switch to paperless statements and help keep our planet
green! It's good for the environment. Simply call the
number on the back of your Coldwater Creek Visa to register
with one of our specialists. We appreciate your business.
Thank you for being a valued Coldwater Creek Customer.

**This Statement is a Facsimile - Not an original**

0000001 R333334 C 0     000 R Z 22 02 01 22     Page 1 of 1     05419 DA NA 50116     022100000000011001
X 0274

# Exhibit A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/19/09 | $12,044.90 | $234.00 | $895.00 |

**CHASE ◯**

Account number: ▓▓▓▓ 6211

$ [        ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

▓▓▓▓▓▓ 6211000695000120449000000000

8112A SEX Z 00300 C
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

ldllllllll.lllllll.llllll.llllllll.llllllll.llllll

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

lldllllll.lllllll.llllll.llllllll.llllllll.llllll

⑈500016028⑈ ▓▓▓▓▓▓ 8 2113⑈

*Coldwater Creek*

Statement Date:
01/23/09 - 02/22/09

Minimum Payment: $895.00
Payment Due Date: 03/19/09

🖥 Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | VISA Account Number: | ▓▓▓▓ 6211 |
|---|---|---|---|
| Previous Balance | $11,703.88 | Total Credit Line | $12,500 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $455 |
| Finance Charges | +$302.02 | Cash Access Line | $12,500 |
| New Balance | $12,044.90 | Available for Cash | $0 |

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account. For your
convenience, you can always pay online by accessing our website displayed on this statement.

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 1,526 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 1,526 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks.
Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call
800-787-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per
dollar for all other purchases on your card.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/16 | LATE FEE | 39.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate / 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $11,858.10 | $302.02 | $0.00 | $0.00 | $302.02 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $302.02 |

Effective Annual Percentage Rate (APR):        29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

We are bringing you clear and simple! Take a
look at the new format of your statement - we hope you
find it easier to read. It still has everything you need on
the front and back, with information simply displayed.

This Statement is a Facsimile - Not an original

0000001  FISD0004 0 0          000   N   Z   29   08/10/22       Page 1 of 1          0041P   MA MA 81124   0631000003000511240 1
X 0074

# Exhibit A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/16/09 | $12,564.21 | $696.00 | $1,137.00 |

**CHASE**

Account number: ████████ 8211

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████ 8211001137000123642100000009

60473 SEX Z 06109 C
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160 28⑆ ████████ 3 2 4 4 3⑈

## Coldwater Creek

Statement Date:
02/23/09 - 03/22/09

Minimum Payment: $1,137.00
Payment Due Date: 04/16/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| | | VISA Account Number: ████ 8211 | |
| Previous Balance | $12,044.90 | Total Credit Line | $12,500 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $195 |
| Finance Charges | +$280.31 | Cash Access Line | $1,250 |
| New Balance | $12,564.21 | Available for Cash | $0 |

Your credit card account is past due. Please send payment immediately. Call 1-800-955-8036 (collect 1-302-594-8200) today.

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 1,628 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |
| Points Unavailable for redemption | 1,628 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call 800-787-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per dollar for all other purchases on your card.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/19 | LATE FEE | $9.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate Corresp. 28 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $12,185.03 | $280.31 | $0.00 | $0.00 | $280.31 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $280.31 |

Effective Annual Percentage Rate (APR):    29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0000001  F1000004 C 0
X 0274

000  N  2  22  06/03/22          Page 1 of 1          08419  MA MA 60473    0411000003005047001



| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 05/17/09 | $12,722.26 | $1,137.00 | $1,844.26 |

**CHASE**

Account number: ████████8211

$ [                    ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████ 8211001844260127222600000003

49091 GEX Z 11209 0
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000 160 26⑆    ████████8 2 1 1 30⑈

## Coldwater Creek

Statement Date:
03/23/09 - 04/22/09

Minimum Payment: $1,844.26
Payment Due Date: 05/17/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | VISA Account Number: ████████8211 | |
|---|---|---|---|
| Previous Balance | $12,364.21 | Total Credit Line | $12,500 |
| Purchases, Cash, Debts | +$39.00 | Available Credit | $0 |
| Finance Charges | +$319.05 | Cash Access Line | $1,250 |
| New Balance | $12,722.26 | Available for Cash | $0 |

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases. We can help you get back on track. Call 1-800-955-9030 (collect 1-302-594-8200) today.

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |
| Points Unavailable for redemption | 1,625 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call 800-787-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per dollar for all other purchases on your card.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/16 | LATE FEE | $9.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate Corresp. 31 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $12,528.83 | $319.05 | $0.00 | $0.00 | $319.05 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $319.05 |

Effective Annual Percentage Rate (APR):    29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0000001  F1230004 C 3          000  M  Z  29  09/04/22        Page 1 of 1        08419  MA MA 49091    1121000000004000101
X 0274

# Exhibit A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/16/09 | $13,118.77 | $1,022.00 | $2,728.77 |

**CHASE** ⬡

Account number: ████████ 8211

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

████████ 82110027287701311877000000 9

44904 BEX Z 14208 C
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160288⑆ ████████ 82113⑈

### Coldwater Creek

Statement Date:
04/23/09 - 05/22/09

Minimum Payment: $2,728.77
Payment Due Date: 06/16/09

Manage your account online:
www.chase.com/cwcrewards

Additional contact information
conveniently located on reverse side

**ACCOUNT SUMMARY**    VISA Account Number: ████ 8211

| Previous Balance | $12,722.26 | Total Credit Line | $12,500 |
|---|---|---|---|
| Purchases, Cash, Debits | +$78.00 | Available Credit | $0 |
| Finance Charges | +$318.51 | Cash Access Line | $1,250 |
| New Balance | $13,118.77 | Available for Cash | $0 |

You haven't made the required payments and your credit card account is 90 days past due.  As a result, your credit bureau may be updated with a negative rating. Please send your payment immediately or call us at 1-800-955-8030 (collect 1-302-594-8200) today.

**COLDWATER CREEK PREFERRED REWARDS SUMMARY**

| Previous Points Balance | 0 |
|---|---|
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |
| Points Unavailable for redemption | 1,626 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call 800-767-9190 for one near you.  For catalog orders, call 800-262-0040; online, visit coldwatercreek.com.  Plus, earn 1 point per dollar for all other purchases on your card.

**ACCOUNT ACTIVITY**

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/17 | LATE FEE | 39.00 |
| 04/23 | OVERLIMIT FEE | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $12,922.37 | $318.51 | $0.00 | $0.00 | $318.51 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $318.51 |

Effective Annual Percentage Rate (APR):    29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0000001  R823334 C 9          069  N  Z  22  00/05/22      Page 1 of 1       08419  NA MA 48295   1421000000000000501
X 0274



| Payment Due Date | New Balance | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| 07/17/09 | $13,497.02 | $2,110.00 | $3,581.02 | **CHASE** |

Account number: ████████ 8211

$ [            ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████ 8211003581020134970200000005

36701 BEX Z 17009 C
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

:5000160 28:: ███████ 8 2 1 1 3

## Coldwater Creek

Statement Date:
05/23/09 - 06/22/09

Minimum Payment: $3,581.02
Payment Due Date: 07/17/09

Manage your account online:
www.chase.com/cwtcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: ███████ 8211

| | | | |
|---|---|---|---|
| Previous Balance | $13,118.77 | Total Credit Line | $12,500 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $0 |
| Finance Charges | +$339.25 | Cash Access Line | $1,250 |
| New Balance | $13,497.02 | Available for Cash | $0 |

It's not too late to resolve the outstanding balance on your credit card account. We have a variety of payment options that may be right for you. Call 1-888-792-7547 (collect 1-302-594-8200) today.

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned on Other Purchases | 0 |
| Points Forfeited | 1,026 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks.
Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call
800-767-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per
dollar for all other purchases on your card.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/24 | OVERLIMIT FEE | 39.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $13,319.93 | $339.25 | $0.00 | $0.00 | $339.25 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $339.25 |

Effective Annual Percentage Rate (APR):    29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

0000001 FI300004 C 2
X 0274

000  N  2  22  09/04/22          Page 1 of 1          06419  UA.6A 26701    17910000000002670101

# Exhibit A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| 08/16/09 | $13,873.66 | $2,584.00 | $4,433.66 | **CHASE** |

Account number: ████████ 8211

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████ 82110044336601387366 0000000

25605 BOX Z 20000 0
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆50001602B⑆ ████████ 8211 3⑆

## Coldwater Creek

Statement Date:
06/23/09 - 07/22/09

Minimum Payment: $4,433.66
Payment Due Date: 08/16/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | VISA Account Number: ████████ 8211 | |
|---|---|---|---|
| Previous Balance | $13,497.02 | Total Credit Line | $12,500 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $0 |
| Finance Charges | +$337.64 | Cash Access Line | $1,250 |
| New Balance | $13,873.66 | Available for Cash | $0 |

You haven't made the required payments and your credit card account is 150 days past due. You can still turn things around. Call us today at 1-888-792-7547 (collect 1-302-594-8200) so that we can find a solution for your situation.

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call 800-787-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per dollar for all other purchases on your card.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/23 | OVERLIMIT FEE | 39.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $13,698.52 | $337.64 | $0.00 | $0.00 | $337.64 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $337.64 |

Effective Annual Percentage Rate (APR): 29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

This Statement is a Facsimile - Not an original

0000001 F1933034 C 0
X 0074
000 N X 22 08/07/22   Page 1 of 1   00419  MA MA 91626   20310000000002050501

# Exhibit A

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 09/16/09 | $14,231.41 | $3,060.00 | $5,291.41 |

**CHASE**

Account number: ▓▓▓▓ 8211

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

8211005291410142314100000000000000002

35815 BEX Z 25409 0
MRS JANE B PARKER
9404 S MERE CT
RALEIGH NC 27615-2319

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑈5000160028⑈   8 2 1 1 3⑈

*Coldwater Creek*

Statement Date:
07/23/09 - 08/22/09

Minimum Payment:    $5,291.41
Payment Due Date:   09/16/09

Manage your account online:
www.chase.com/usss/cmds

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

Account Number: ▓▓▓▓ 0211

| | | | |
|---|---|---|---|
| Previous Balance | $13,873.66 | Total Credit Line | $12,500 |
| Finance Charges | +$357.75 | Available Credit | $0 |
| New Balance | $14,231.41 | Cash Access Line | $1,250 |
| | | Available for Cash | $0 |

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly. As a result, your credit bureau will be updated with a negative rating that could last for up to seven years. We can still help, but you need to call us now at 1-888-792-7547 (collect 1-302-594-8200).

### COLDWATER CREEK PREFERRED REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 0 |
| Points Earned on Other Purchases | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |

If you have earned a $20 Coldwater Creek gift coupon, expect to receive your gift coupon from Coldwater Creek in 2-3 weeks. Remember, you always earn 5 points for every dollar you spend at Coldwater Creek. Shop our retail stores or outlets; call 800-787-9196 for one near you. For catalog orders, call 800-262-0040; online, visit coldwatercreek.com. Plus, earn 1 point per dollar for all other purchases on your card.

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $14,040.00 | $357.75 | $0.00 | $0.00 | $357.75 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $357.75 |

Effective Annual Percentage Rate (APR):    29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement Is a Facsimile - Not an original**

0000001  N303334 C 0
X 0274

000  N  Z  22  08/06/22    Page 1 of 1    08419  WA WA 35615    2231000000000561501

# Exhibit A