VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Jane Bullock Parker
  ( debtor has no known aliases )
9404 South Mere Court
Raleigh, NC 27615

CASE NO.: 09–09335–8–SWH

DATE FILED: October 26, 2009

CHAPTER: 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Wednesday, January 26, 2011
TIME:     11:00 AM
PLACE:    Room 208, 300 Fayetteville Street, Raleigh, NC 27602

to consider and act on the following matters:

Objection To Claim of eCast Settlement Corporation Filed by John T. Orcutt on behalf of Jane Bullock Parker.

and to transact all other business as may properly come before the court.

DATED: December 22, 2010

Stephanie J. Edmondson
Clerk of Court