**SO ORDERED.**

**SIGNED this 05 day of January, 2011.**



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
**Jane Bullock Parker**

Social Security No.xxx-xx-5061
Address:9404 South Mere Court, Raleigh, NC 27615-

Debtor

Case No.  09-09335-8-SWH
Chapter   13

### ORDER

**AN OBJECTION**, having been filed by the Debtor to the proof of claim filed in this case by PRA Receivables Management, LLC as agent of Portfolio Recovery Associates and dated January 6, 2010,

**AND SAID OBJECTION** having come on regularly to be considered, and it appearing that due notice of the objection was given to said creditor, and no hearing having been requested to determine the merits of said objection, upon due consideration,

**THIS COURT FINDS THAT** this claim should not be considered presumptively valid.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the objection be and hereby is granted, and the said claim of said creditor is disallowed in its entirety .

End of Document